**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and | : | |
| IRENE YOUNG, REVENUE OFFICER | : | |
| OF THE INTERNAL REVENUE SERVICE, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. |
| | : | |
| v. | : | |
| | : | |
| ROBERT A. POWERS, | : | |
| | : | |
| Defendant. | : | |

**COMPLAINT TO ENFORCE**
**INTERNAL REVENUE SUMMONSES**

For their Complaint, the United States of America and Irene Young, Revenue Officer, Internal Revenue Service, by and through their attorneys, allege as follows:

1. Pursuant to 26 U.S.C. § 7604, an action may be brought to enforce judicially an Internal Revenue Summons issued pursuant to 26 U.S.C. § 7602.

2. This action is brought pursuant to 26 U.S.C. § 7604 in order to enable Plaintiffs to (1) prepare federal tax returns on behalf of the Defendant for tax years ending December 31, 2016, December 31, 2019, December 31, 2021, December 31, 2022, December 31, 2023, and December 31, 2024; and (2) collect income tax liability of the Defendant for tax years ending December 31, 2013, December 31, 2014, December 31, 2015, December 31, 2016, December 31, 2017, December 31, 2018, December 31, 2019, December 31, 2020, December 31, 2021, December 31, 2022, December 31, 2023, and December 31, 2024 (hereinafter, collectively, the "tax years at issue").

3.      The address of the Defendant is 595 Birmingham Rd., West Chester, PA 19382, such address being within the jurisdiction of this Court. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1) and (b)(2), and 26 U.S.C. § 7604(a).

4.      Plaintiff Irene Young is a Revenue Officer with the Internal Revenue Service ("IRS") authorized by 26 U.S.C. § 7602 to issue Internal Revenue Summonses, and who is presently investigating the Defendant with respect to the collection of income tax liabilities for the tax years at issue.

5.      On August 28, 2025, Plaintiff Revenue Officer served a copy of a Summons on Defendant (hereinafter, the "First Summons"). The First Summons directed the Defendant to appear on September 24, 2025, beginning at 10:00 a.m., at the IRS's office, 1400 N. Providence Rd., Suite 100, Media, PA 19063. The First Summons sought testimony and records necessary to prepare tax returns on the Defendant's behalf for tax years ending December 31, 2016, December 31, 2019, December 31, 2021, December 31, 2022, December 31, 2023, and December 31, 2024. A true and accurate copy of the First Summons is incorporated by reference herein and attached hereto as Exhibit A.

6.      On September 24, 2025, the Defendant appeared at the IRS's above-mentioned office. However, the Defendant refused to comply with the First Summons by failing to provide testimony and produce any of the requested documents. The Declaration of Plaintiff Revenue Officer reciting the Defendant's failure to comply with the First Summons is incorporated by reference herein and attached hereto as Exhibit B.

7.      On October 17, 2025, Plaintiff Revenue Officer served a copy of another Summons on the Defendant (hereinafter, the "Second Summons"). The Second Summons directed the Defendant to appear on November 18, 2025, beginning at 10:00 a.m., at the IRS's above-mentioned

office. The Second Summons sought testimony and records necessary to collect the Defendant's tax liability for tax years ending December 31, 2013, December 31, 2014, December 31, 2015, December 31, 2016, December 31, 2017, December 31, 2018, December 31, 2019, December 31, 2020, December 31, 2021, December 31, 2022, December 31, 2023, and December 31, 2024. A true and accurate copy of the Second Summons is incorporated by reference herein and attached hereto as Exhibit C.

8.      The Defendant did not appear or provide any of the requested documents in response to the Second Summons. The Declaration of Plaintiff Revenue Officer, attached hereto as Exhibit B, recites the Defendant's failure to comply with the Second Summons.

9.      In order to prepare federal tax returns on behalf of the Defendant and/or to collect income tax liability of the Defendant for the tax years at issue, it is essential that the Defendant be required to testify and produce the requested documents in accordance with the First and Second Summonses.

10.      As indicated above, the investigation is being conducted for a legitimate purpose and the information sought may be relevant to that purpose.

11.      The Plaintiffs have complied with the administrative procedures required by the Internal Revenue Code of 1986, as amended, for enforcement of these Summonses.

WHEREFORE, Plaintiffs respectfully pray:

1.   That this Court enter an Order directing the Defendant to show cause why he should not comply with and obey the aforementioned Summonses in each requirement thereof, in the form attached hereto as Exhibit D;

2.   That the Court enter an order directing the Defendant to obey the aforementioned Summonses in each requirement thereof and to order that he testify and produce the

records and information as demanded by the Summonses before Plaintiff Revenue Officer or any other properly designated officer of the IRS;

3. That the United States recover its costs in maintaining this action; and

4. That the Court render such other and further relief as is just and proper.

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Charlene K. Fullmer, for*
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

*/s/ Mark C. Priebe*
MARK C. PRIEBE
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: 215-861-8412
mark.priebe@usdoj.gov

DATED: July 28, 2026